IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIPPLE ANALYTICS INC.,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>PEOPLE CENTER, INC. d/b/a RIPPLING,<br><br>   Defendant and Counterclaim Plaintiff. | Civ. Action No. 2:20-cv-00894 (GRB)(ARL)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS <u>ATTORNEY OF RECORD</u>** |

**PLEASE TAKE NOTICE**, that pursuant to Local Civil Rule 1.4, and upon the accompanying Declaration of Dyan Finguerra-DuCharme, the undersigned counsel, Dyan Finguerra-DuCharme, respectfully seeks leave to withdraw as attorney of record for plaintiff Ripple Analytics Inc. ("Plaintiff"), and to be removed from the Electronic Case Filing notification list for the above-captioned action. Pursuant to Local Civil Rule 1.4, Pryor Cashman LLP confirms that it is not asserting a retaining or charging lien.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

Dated: New York, New York
   August 25, 2020   PRYOR CASHMAN LLP

            By: /s/ Dyan Finguerra-DuCharme
               Dyan Finguerra-DuCharme
               7 Times Square
               New York, New York 10036
               212-421-4100
               dfinguerra-ducharme@pryorcashman.com