**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIPPLE ANALYTICS INC.,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>PEOPLE CENTER, INC. d/b/a RIPPLING,<br><br>      Defendant and Counterclaim Plaintiff. | Civ. Action No. 2:20-cv-00894 (GRB)(ARL)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** |

**PLEASE TAKE NOTICE**, that pursuant to Local Civil Rule 1.4, and upon the accompanying Declaration of Joshua Weigensberg, the undersigned counsel, Joshua Weigensberg, respectfully seeks leave to withdraw as attorney of record for plaintiff Ripple Analytics Inc. ("Plaintiff"), and to be removed from the Electronic Case Filing notification list for the above-captioned action. Pursuant to Local Civil Rule 1.4, Pryor Cashman LLP confirms that it is not asserting a retaining or charging lien.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

Dated: Glen Ridge, New Jersey
       August 25, 2020        PRYOR CASHMAN LLP

                                  By:   /s/ Joshua Weigensberg
                                         Joshua Weigensberg
                                         7 Times Square
                                         New York, New York 10036
                                         212-421-4100
                                         jweigensberg@pryorcashman.com