UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RIPPLE ANALYTICS INC.,

                              Plaintiff,                       **ORDER**
                                                                        CV 20-894 (GRB) (ARL)

       -against-

PEOPLE CENTER, INC. doing business as
Rippling,

                              Defendants.
------------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the Court is the letter motion of the defendant, People Center, Inc. d/b/a Rippling ("Rippling"), seeking a two-week extension of time for Rippling to respond to the Second Set of Interrogatories and Second Set of Requests for Production served by the plaintiff, Ripple Analytics, Inc. ("Ripple"), on November 24, 2020 and Ripple's Second Requests for Admission served on Rippling on November 27, 2020. According to Rippling, its responses to Ripple's 355 new requests are currently due on December 28, the first business day after Christmas. Rippling seeks an extension to avoid, it says, hardship on its counsel and counsel's support staff.

       Ripple opposes the request in its entirety. In the alternative, Ripple asks the Court to require Rippling to produce all outstanding discovery it is "willfully" withholding within ten days. According to Ripple, since the Court's last order regarding the timing of fact discovery, Rippling has refused to produce any further discovery, has not supplemented or amended any of the outstanding discovery requests, or responded to any requests by Ripple's counsel to come to terms regarding the email discovery terms.

       Rippling's request for a two-week extension of time to respond the plaintiff's new requests is granted. However, the parties are reminded that there is no priority to discovery requests in federal court. Accordingly, the parties are directed, once again, to meet and confer in good faith, by telephone, to address all outstanding discovery, including the scheduling of depositions. Failure to do so may result in the imposition of sanctions.

Dated:   Central Islip, New York                         **SO ORDERED:**
          December 9, 2020

                                                                       _____/s/_____
                                                                       ARLENE R. LINDSAY
                                                                       United States Magistrate Judge