THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF NEW YORK

| | |
|---|---|
| RIPPLE ANALYTICS INC., <br><br> *Plaintiff/Counterclaim Defendant*, <br><br> v. <br><br> PEOPLE CENTER, INC. d/b/a RIPPLING. <br><br> *Defendant/Counterclaim Plaintiff*. | Civil Action No. 2:20-cv-00894-GRB-ARL |

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

**PLEASE TAKE NOTICE**, Plaintiff's counsel moves this Court for an order pursuant to Local Civil Rule 1.4 relieving the undersigned of any further representation and applying a charging lien for unpaid invoices. Pursuant to Local Civil Rule 1.4, the accompanying supporting Declaration of Cameron S. Reuber sets forth the (1) reasons for withdrawal; (2) posture of the case; and (3) basis for and amounts sought for the charging lien.

In place of the attorneys of Leason Ellis LLP, Plaintiff will be represented by counsel expected to make an appearance following submission of this motion.

**WHEREFORE,** Plaintiff's counsel respectfully requests that this Court enter an order granting the withdrawal of the law firm of Leason Ellis LLP and removing from Electronic Case Filing notification for the above captioned matter its attorneys of record, Cameron S. Reuber and Hoda Rifai-Bashjawish.

Dated: January 15, 2021　　　　　　　　　Respectfully Submitted,
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　*/s/Cameron S. Reuber*
　　　　　　　　　　　　　　　　　　　　　　Cameron S. Reuber
　　　　　　　　　　　　　　　　　　　　　　Hoda Rifai-Bashjawish
　　　　　　　　　　　　　　　　　　　　　　LEASON ELLIS LLP

                                              One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: Reuber@leasonellis.com
Email: Rifai-Bashjawish@leasonellis.com

*Attorneys for Plaintiff/Counterclaim Defendant Ripple Analytics Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2021, a true and correct copy of the forgoing Motion and accompanying Declaration of Cameron S. Reuber were served via this Court's ECF system upon all counsel of record. Pursuant to Local Civil Rule 1.4, a copy was also served by email upon Plaintiff Ripple Analytics Inc.

/s/Cameron S. Reuber