**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RIPPLE ANALYTICS, INC.,

                Plaintiff,

    - against -

PEOPLE CENTER, INC., d/b/a RIPPLING,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 20-894 (GRB) (ARL)

      A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on July 26, 2023, dismissing Plaintiff's claim for trademark infringement with prejudice; and an Order Adopting Report and Recommendations of Honorable Gary R. Brown, United States District Judge, having been filed on February 5, 2024, adopting the January 5, 2024 Report and Recommendations of United States Magistrate Judge Arlene R. Lindsay in their entirety, denying Plaintiff's motion for leave to file an amended complaint to assert claims against Defendant under Section 43(a) of the Lanham Act and New York common law for unfair competition, declining pendent jurisdiction, and directing the Clerk of the Court to close the case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Ripple Analytics, Inc., take nothing of Defendant People Center, Inc.; that Plaintiff's claim for trademark infringement is dismissed with prejudice; that Plaintiff's motion for leave to file an amended complaint to assert claims against Defendant under Section 43(a) of the Lanham Act and New York common law for unfair competition is denied; that the Court declines pendent jurisdiction; and that this case is closed.

Dated: February 5, 2023
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                              BY:    /S/ JAMES J. TORITTO
                                      DEPUTY CLERK