**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIPPLE ANALYTICS INC, <br><br> Plaintiff, <br><br> - v - <br><br> PEOPLE CENTER, INC. d/b/a RIPPLING, <br><br> Defendant. | No. 2:20-cv-00894-GRB-ARL |
| PEOPLE CENTER, INC. d/b/a RIPPLING, <br><br> Counterclaimant, <br><br> - v - <br><br> RIPPLE ANALYTICS INC., <br><br> Counterclaim-Defendant. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Ripple Analytics Inc., plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals of the Second Circuit from the Judgment entered on February 5, 2024 [Dkt. No. 111], incorporating the Memorandum and Order entered in this action on the 5th day of February 2024 and adopting the January 5, 2024 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay in their entirety, which denied plaintiff's motion for leave to file an amended complaint to assert claims against defendant under Section 43(a) of the Lanham Act and New York common law for unfair competition, declining pendent jurisdiction, and directing the Clerk of the Court to close the case.

Dated: New York, New York
February 22, 2024

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*  /s/Nicole A. Sullivan*
Nicole A. Sullivan, Esq.
Thomas E. Butler, Esq.
7 Times Square, Suite 2900
New York, New York 100306
212. 631.4420
sullivann@whiteandwilliams.com
butlers@whiteandwilliams.com
*Attorneys for Plaintiff Ripple Analytics Inc.*

## **CERTIFICATE OF SERVICE**

I, Nicole A. Sullivan, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Appeal was electronically served via ECF on February 22, 2024 upon all counsel of record.

Dated: New York, New York
      February 22, 2024

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

__/s/ Nicole A. Sullivan_____
Nicole A. Sullivan, Esq.